IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　No.　CV 16-0770 MV/WPL
　　　　　　　　　　　　　　　　　　　　CR 08-2647 MV

DAVID P. ONTIVEROS,

    Defendant.

## ORDER

This matter is before the Court, *sua sponte* under rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (CV Doc. 1; CR Doc. 106). The Court will direct the United States to answer Defendant's motion.

IT IS HEREBY ORDERED that the Clerk is directed to forward to the United States of America a copy of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence and supporting papers and exhibits, if any, together with a copy of this Order;

IT IS FURTHER ORDERED that, within twenty-three days of entry of this Order, the United States answer Defendant's § 2255 motion.

                                          _William P. Lynch_____
                                          UNITED STATES MAGISTRATE JUDGE